IRVING COHEN
233 Broadway, Suite 1800
New York, New York 10279
(212) 964-2544
Attorney for Plaintiffs
(IC 3708)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

OMAR HERNANDEZ

COMPLAINT AND
DEMAND FOR
JURY TRIAL

                              Plaintiff,

                              -v-                                       14 CV

CITY OF NEW YORK, OFF. MICHAEL DETERLIZZI
(Shield No. 01389), OFF. JOHN AND JANE DOES,
POLICE OFFICERS FOR THE CITY OF NEW YORK,
INDIVIDUALLY AND AS POLICE OFFICERS FOR
THE CITY OF NEW YORK,
                              Defendants
------------------------------------------------------------------ x

## INTRODUCTION

1. This is an action for damages for the wrongful acts of defendants NEW

YORK CITY and OFF. MICHAEL DETERLIZZI, OFF. JOHN and JANE DOES of

the New York City Police Department, all acting under color of state law and pursuant

to their authority, in violation of plaintiff's rights under the Constitution and laws of

the United States and the State of New York.

2. Plaintiff Omar Hernandez alleges that beginning on or about November 13,

2012, defendants committed wrongful and illegal acts against Plaintiff by assaulting

him, using excessive force in arresting him, and violating his Federal and New York

State civil rights.

## JURISDICTION

3. This action is brought under 42 U.S.C. Section 1983 in conjunction with the Fourth, Fifth, Eighth and Fourteenth Amendments to the United States Constitution, and the constitutional, statutory and common laws of New York State.

4. Jurisdiction is invoked herein pursuant to the aforementioned statutory and constitutional provisions and pursuant to 28 U.S.C. Section 1331 and 1343, this being an action seeking redress for the violation of the plaintiff's constitutional and civil rights.

5. Plaintiff further invokes this Court's pendant jurisdiction over any and all state law claims and causes of action which derive from the same nucleus of operative facts that give rise to the federally based claims and causes of action, pursuant to Title 28, U.S.C. Section 1367.

6. Venue is laid within the United States District Court for the Southern District of New York in that the actions complained of occurred in the Southern District of New York.

## TRIAL BY JURY

7. Plaintiff demands a trial by jury on each and every one of his claims as pled herein.

## PARTIES

8. At all times relevant hereto, plaintiff OMAR HERNANDEZ was a resident of the Bronx, New York.

9. At all times relevant hereto, defendant NEW YORK CITY was and is a municipality of the State of New York and owns, operates, manages, directs and

IRVING COHEN
ATTORNEY AT LAW
233 BROADWAY
NEW YORK, N.Y. 10279

2

controls the New York City Police Department, which employs the other named defendants.

10. Defendant MICHAEL DETERLIZZI is and was at all times relevant to this action a police officer, employed by the New York City Police Department, and acting under color of state law. He is being sued in both his individual and official capacities.

11. Defendants JOHN and JANE DOES are and were at all times relevant to this action police officers, employed by the New York City Police Department, and acting under color of state law. They are being sued in both their individual and official capacities.

12. At all times relevant hereto and in all their actions described herein, defendants MICHAEL DETERLIZZI, JOHN and JANE DOES were acting under color of the statutes, ordinances, regulations, policies, customs and usages of the New York City Police Department and New York City, pursuant to their authority as employees, servants and agents of the New York City Police Department, within the scope of employment and incidental to their otherwise lawful duties and functions as employees, servants, agents and police officers.

13. The conduct and injuries complained of herein ensued without any negligent or culpable conduct on the part of the plaintiff.

## NOTICE OF CLAIM

14. On February 13, 2013, plaintiff Hernandez's Notice of Claim was filed with the Comptroller's Office of the City of New York. More than thirty days have elapsed since the filing of the Notice of Claim and this matter has not been settled nor otherwise disposed of.

15. On September 11, 2013, a hearing pursuant to New York State General Municipal Law §50-h was held at which time plaintiff Omar Hernandez was questioned by a representative of defendant New York City.

16. The transcript of this hearing is attached hereto as Exhibit A and as factual support for the causes of action alleged herein and is made a part of this Complaint.

## FACTUAL BACKGROUND

17. On November 13, 2012, Plaintiff Omar Hernandez was driving a 1996 white Nissan automobile in the Bronx about 2:00 a.m.

18. His girlfriend, Astrid Ruiz, was a passenger in the vehicle.

19. They were coming from a friend's house on East Tremont Avenue.

20. They were on their way home.

21. Plaintiff made a U-turn.

22. The back wheels spun out because he stepped on the gas a little too hard.

23. Plaintiff saw a police car behind him but was not aware that it was intending to pull him over.

24. When Plaintiff saw the patrol car's lights come on, he realized that he was being pulled over.

25. Instead of stopping, Plaintiff kept driving in an attempt to avoid being stopped and getting a ticket.

26. While fleeing, Plaintiff crossed a double yellow line and traveled for one block in the wrong direction.

27. He applied the brakes to make a turn and the car crashed into a concrete barrier.

IRVING COHEN
ATTORNEY AT LAW
233 BROADWAY
NEW YORK, N.Y. 10279

28. Neither Plaintiff nor Ms. Ruiz was injured in the crash.

29. They both had been wearing their seatbelts.

30. Plaintiff saw a police officer, got down on his hands and knees, put his hands behind his head and waited.

31. Plaintiff did this because he did not want the officer to think he had a weapon or that the officer would encounter any physical resistance.

32. Plaintiff wanted to make sure that the officers knew he was complying.

33. The two male officers approached the Plaintiff.

34. One officer was white (Defendant Deterlizzi), the other was black (name unknown).

35. Off. Deterlizzi grabbed Plaintiff's hands behind his head while he slammed Mr. Hernandez to the ground, apparently using his knee to Plaintiff's back causing Plaintiff's face to hit the ground as his hands were not free to break his fall.

36. While Plaintiff's hands were behind his back, the other officer got on top of Mr. Hernandez and punched him about seven to ten times on Plaintiff's ribs while cursing at Mr. Hernandez.

37. After being cuffed, the other officer kicked Plaintiff in the face, pushed his face into the ground and called Plaintiff a "stupid motherfucker."

38. The same black officer then yanked Mr. Hernandez's college ID off his neck.

39. Plaintiff was put in the police car and taken to the precinct by two other officers.

40. Plaintiff had gashes on his face and was bleeding from his eyebrows.

IRVING COHEN
ATTORNEY AT LAW
233 BROADWAY
NEW YORK, N.Y. 10279

5

41. He also suffered a chipped tooth.

42. Photos of the injuries were taken after the event and Mr. Hernandez's release from court.

43. Plaintiff was transported to Central Booking where medical personnel gave first aid including applying bandages on his forehead.

44. Plaintiff was charged with reckless endangerment, reckless driving and unlawful flight.

45. After spending the night in custody, Mr. Hernandez was released and given a return date in court.

46. Upon his release, he went to the emergency room at Albert Einstein Medical Center.

47. To the medical staff there, Mr. Hernandez described the pain in his side, ribs and forehead and pointed out the cuts, gashes and lump on his forehead.

48. X-rays of his side and a CT scan of his head were taken.

49. The CT scan revealed severe mucosal thickening.

50. The pain caused limitations on Mr. Hernandez's mobility that continued for about two months.

51. He has residual scarring and a chipped tooth.

52. The charges were eventually resolved on February 6, 2013 with a guilty plea to reckless driving and a $200.00 fine.

## COUNT ONE: VIOLATION OF CONSTITUTIONAL RIGHTS
## (POLICE OFFICERS)

53. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1-52 of this complaint, as though fully set forth herein.

IRVING COHEN
ATTORNEY AT LAW
233 BROADWAY
NEW YORK, N.Y. 10279

6

54. The acts, omissions and conduct of the defendants, all members of the New York City Police Department, and all acting under color of state law, deprived plaintiff of his rights, privileges and immunities under the laws and Constitution of the United States; in particular the rights to be free from excessive force and cruel and unusual punishment and to due process.

55. By these acts, omissions and conduct, these individual defendants have deprived plaintiffs of rights secured by the Fourth, Fifth, Eighth and Fourteenth Amendments to the United States Constitution, in violation of 42 U.S.C. Section 1983, for which the defendants are individually liable.

## COUNT TWO: VIOLATION OF CONSTITUTIONAL RIGHTS
### (Defendant New York City)

56. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1-55 of this complaint, as though fully set forth herein.

57. The acts, omissions and conduct of defendant New York City, as set forth above, deprived plaintiff of his rights, privileges and immunities under the laws and Constitution of the United States; in particular the rights to be free from excessive force and cruel and unusual punishment and to due process.

58. By these acts, omissions and conduct, defendant New York City has deprived plaintiff of rights secured by the Fourth, Fifth, Eighth and Fourteenth Amendments to the United States Constitution, in violation of 42 U.S.C. Section 1983.

## COUNT THREE: CONSPIRACY TO VIOLATE CIVIL RIGHTS

59. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1-58 of this complaint as though fully set forth herein.

IRVING COHEN
ATTORNEY AT LAW
233 BROADWAY
NEW YORK, N.Y. 10279

7

60. The defendants conspired to violate the plaintiff's civil rights by agreeing between themselves to use excessive force in violation of 42 U.S.C. 1983, for which defendants are individually liable.

## COUNT FOUR: ASSAULT

61. Plaintiff repeats and re-alleges the allegations in paragraphs 1-60 of this complaint, as though fully set forth herein.

62. The acts and conduct of defendants, as alleged above, constitute assault under the laws of the State of New York. This Court has pendant jurisdiction to hear and adjudicate such claims.

## COUNT FIVE: RESPONDEAT SUPERIOR LIABILITY
### (Defendant New York City)

63. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1-62 of this complaint, as though fully set forth herein.

64. At all times pertinent hereto, defendants were acting within the scope of their employment as officers of the New York City Police Department.

65. Defendant New York City is thus liable under the doctrine of respondeat superior, for the intentional torts of defendants, committed within the scope of their employment.

## COUNT SIX: NEGLIGENCE

66. Plaintiff repeats and re-alleges the allegations contained in paragraph 1-65 of this complaint, as though fully set forth herein.

67. The defendant police officers, while acting as agents and employees for New York City, owed a duty to plaintiffs to perform their duties without violating

IRVING COHEN
ATTORNEY AT LAW
233 BROADWAY
NEW YORK, N.Y. 10279

plaintiff's constitutional rights. Defendants' conduct constitutes negligence for which these defendants are individually liable.

## COUNT SEVEN: NEGLIGENCE
### (Defendant New York City)

68. Plaintiffs repeat and re-allege the allegations contained in paragraphs 1-67 of this complaint, as though fully set forth herein.

69. Defendant New York City owed a duty to plaintiff to adequately screen prospective police officers, and to train, supervise and otherwise control its police officers in the use of their powers incidental to their employment. Defendant New York City failed to provide adequate screening, training, supervision, and control of the individual defendants, which failure constitutes negligence.

WHEREFORE, plaintiff demands the following relief:

a. Compensatory damages in the amount of one million ($1,000,000 dollars).

b. Punitive damages in the amount of one million ($1,000,000 dollars).

c. Reasonable attorneys fees and costs; and

d. Such other and further relief as appears reasonable and just.

Dated: New York, New York
       January 31, 2014

IRVING COHEN
Attorney for Plaintiff
233 Broadway, Suite 1800
New York, New York 10279
(212) 964-2544

IRVING COHEN
ATTORNEY AT LAW
233 BROADWAY
NEW YORK, N.Y. 10279

# ORIGINAL TRANSCRIPT

1

50-H HEARING

- - - - - - - - - - - - - - - - - - - - - - x

In the Matter of the Claim of

OMAR HERNANDEZ,

        -against-

THE CITY OF NEW YORK.

- - - - - - - - - - - - - - - - - - - - - - x

BLA#:  2013PI004757

        160 Broadway
        New York, New York

        September 11, 2013
        1:33 p.m.

    **EXAMINATION** of **OMAR HERNANDEZ**, held at
the above time and place, pursuant to Notice,
taken before Koel Dressman, a reporter and
Notary Public within and for the State of New
York.

        LEX#99667



# LEX

## REPORTING SERVICE, INC.
Professional Reporting Since 1980

Offices throughout New York and New Jersey • Toll Free 800-608-6085

2

A p p e a r a n c e s:


         IRVING COHEN, ESQ.
              Attorney for Claimant
              233 Broadway, suite 2701
              New York, New York 10279



         DANIEL L. SCHNEIDER, ESQ.
              Attorney for Respondent
              49 Walworth Avenue
              Scarsdale, New York 10583
         BY:  FRANCESCA SABBATINO, ESQ., of Counsel

3

O M A R   H E R N A N D E Z, the witness herein,

        having first been duly sworn by a

        Notary Public of the State of New York,

        was examined and testified as follows:

EXAMINATION BY

MS. SABBATINO:

        Q     State your name for the record,

please.

        A     Omar Hernandez.

        Q     State your address for the

record, please.

        A      801 Neill Avenue, Bronx, New York

10462.

        Q     Good afternoon, Mr. Hernandez.

My name is Francesca Sabbatino.  I'm an

attorney, and I'm here on behalf of the City

of New York.  I'm going to ask you questions

today about the claim that you're bringing.

            I have a couple of instructions

for you before we begin.  When I ask you a

question, I need you to give me a verbal, a

spoken answer.  You can't just nod or gesture

or use a non-word answer like uh-huh.  Okay,

you understand?

O. Hernandez                                    4

```
 1
 2      A      I do.
 3      Q      Please wait until I finish asking
 4   the question completely before you begin the
 5   answer.  It's very difficult for the court
 6   reporter to take down what we're saying if
 7   we're talking at the same time.
 8           If I ask you a question you don't
 9   understand, if the question is not clear or
10   you're confused by it, it's fine.  Just stop
11   me and tell me you don't understand and we'll
12   explain it.  Okay?
13      A      Okay.
14      Q      Have you understood the
15   instructions so far?
16      A      Yes, I do.
17      Q      What's your date of birth?
18      A      January 5, 1989.
19      Q      What is your Social Security
20   number?
21      A      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.
22      Q      Are you currently employed?
23      A      No.
24      Q      Have you been employed in the
25   past?
```

O. Hernandez                          5

1
2          A      Yes.
3          Q      When was the last time you
4    worked?
5          A      The summer, this past summer.
6          Q      How long did you work?
7          A      For the entire summer, starting
8    June 20th, I believe.
9          Q      Who did you work for?
10         A      Stellar Management.
11         Q      Where is Stellar Management
12   located?
13         A      The actual management location,
14   156 William Street.
15         Q      Is that Manhattan?
16         A      Yes.
17         Q      Where did you work?
18         A      801 Neill Avenue.
19         Q      What did you do at 801 Neill
20   Avenue?
21         A      I was a lifeguard there.
22         Q      What's located at 801 Neill
23   Avenue?
24         A      My residence and a swimming pool.
25         Q      Is that a swimming pool that is

O. Hernandez                     6

part of the residential building?

      A     Yes.

      Q     How long have you lived at 801

Neill Avenue?

      A     Since I was seven-years-old.

      Q     Have you ever lived at 808 Neill?

      A     No.

      Q     Who do you live there with?

      A     My mother.

      Q     What's your mother's name?

      A     Luz Hernandez.

      Q     Does anyone else live in the

household?

      A     No.

      Q     Was this a summer job only?

      A     Yes.

      Q     Are you in school?

      A     Yes.

      Q     Where do you go to school?

      A     City College.

      Q     Which one?

      A     The one in Harlem, the one on

Convent Avenue.

      Q     When did you start going there?

O. Hernandez                          7

1

2          A       Two semesters ago, so I would say

3     2012, the beginning of 2012.

4          Q       When you say the beginning, you

5     mean September 2012 or January 2012?

6          A       September 2011.

7          Q       Is that when you started at City

8     College, in September of 2011?  Was that the

9     first post high school education --

10         A       No.

11         Q       Where did you go for post high

12    school education, other than City College?

13         A       Westchester Community College.

14         Q       When did you go there?

15         A       I don't remember the exact dates.

16         Q       How many semesters did you go

17    there for?

18         A       Four, I would say.

19         Q       Did you receive a degree?

20         A       No.

21         Q       What were you studying?

22         A       Computer science.

23         Q       Have you gone to any other post

24    high school schools?

25         A       No.

O. Hernandez                          8

Q      Are you studying anything in
particular now at City College?

A      In particular, right now at the
moment, no, undecided.

Q      Are you a full time or part-time
student?

A      Part time.

Q      How many credits do you carry?

A      After I left Westchester, I had
forty-five.  When I transferred to City
College I had twenty-seven and now I have, I
believe, forty-three.

Q      How many credits are you
registered for this semester?

A      Eight.

Q      Did you go to City College for
the winter and spring semester of 2013?

A      The only semester I missed was
last semester.

Q      What is last semester, what
semester is that?

A      That would be the spring.

Q      Spring of 2013?

A      Yes.

O. Hernandez                    9

1

2    Q    Why did you miss spring of 2013?

3    A    I missed the deadline for

4    registration.

5    Q    Why did you miss the deadline?

6    A    Because I wasn't familiar with

7    how fast that school fills up classes

8    compared to Westchester.

9    Q    Do you receive Medicaid?

10   A    Currently, yes.

11   Q    Do you have your card with you?

12   A    No.

13            MS. SABBATINO:   Leave a

14        space in the record, and I'll ask

15        that the Medicaid ID number be

16        provided.

17   (INSERT)

18   Q    Do you receive Medicare or Social

19   Security disability?

20   A    No.

21   Q    Do you receive any public

22   assistance benefits?

23   A    No.

24   Q    When was your last day at work at

25   Steller Management?

O. Hernandez                           10

1

2        A        Labor Day.

3        Q        Does the pool close then?

4        A        Yes.

5        Q        Was it a full-time job?

6        A        Yes, fifty-six hours a week.

7        Q        What was the rate of pay per

8    hour?

9        A        Fourteen.

10        Q        Were you working anywhere else in

11    2013, other than the job as the lifeguard?

12        A        No.

13        Q        Did you work anywhere in 2012?

14        A        Yes.

15        Q        Where?

16        A        On the upper east side, it was

17    called the Claridge Club, with Milford

18    Management.

19        Q        What did you do at the Claridge

20    Club?

21        A        Lifeguard and receptionist.

22        Q        When did you work there?

23        A        I would say for about a year, the

24    year of 2012.

25        Q        Was it full time or part time?

```
1                     O. Hernandez                    11

2          A      Part time.

3          Q      Do you receive any public

4   assistance benefits, cash payments, food

5   stamps or anything like that?

6          A      No.

7          Q      What date did this incident

8   happen?

9          A      November 30th.

10         Q      What year?

11         A      2012.

12         Q      At what time?

13         A      After 2:00 in the morning.  I

14  don't remember the exact time.

15         Q      Where did it happen?

16         A      It happened on east -- it's on

17  East Tremont.  Well, it started on East

18  Tremont and ended on Pierce Avenue, I

19  believe, or Sackett, it could be Sackett.

20         Q      Where on East Tremont did it

21  start?

22         A      East Tremont and Morris Park, I

23  would say.

24         Q      Were you alone when it started?

25         A      No, I was with my girlfriend.
```

O. Hernandez                    12

Q    What's your girlfriend's name?

A    Astrid Ruiz.

Q    What is her address?

A    I don't know the number, I don't
know the building number.

Q    What street is she on?

A    Sanford.

Q    Is that in the Bronx?

A    It's Queens, Flushing.

Q    Sanford Avenue?

A    Yes.

Q    Do you know what cross street on
Sanford?

A    Parsons Boulevard.

Q    Was there anyone else with you?

A    No.

Q    Where on East Tremont did it
begin; in a building, on the road, where?

A    On the road.

Q    Were you in a vehicle?

A    Yes.

Q    What kind of vehicle were you in?

A    A '96, 240SX.

        MR. COHEN:  It's a Nissan?

O. Hernandez                    13

THE WITNESS:   Nissan.

Q      Who was the owner of the vehicle?

A      I was.

Q      How long had you owned the car?

A      About maybe a year or maybe six
months.

Q      Did you make any modifications to
the vehicle?

A      No.

Q      What color?

A      White.

Q      Do you still have it?

A      No.

Q      Where is it?

A      It's totaled.

Q      When did it get totaled?

A      The same night.

Q      How did it get totaled?

A      You want me to start explaining
the story?

Q      The totalling of the vehicle is
part of the story?

A      Yes.

Q      We'll try to take it

O. Hernandez                    14

step-by-step.

            Where were you and Astrid coming
from?

        A    A friend's house.

        Q    What is the name of the friend?

        A    Sorry, the name of the friend?

        Q    Yes.

        A    John.

        Q    What's John's last name?

        A    I don't know his last name, it
was a mutual friend.

        Q    Where is John's place?

        A    It's on East Tremont.

        Q    Where on East Tremont?

        A    By Morris Park.

        Q    Do you have the number of the
house anywhere?

        A    No, I don't.

        Q    Had you ever been there before?

        A    No.

        Q    What time did you arrive at
John's house?

        A    I would say around midnight,
11:00.

O. Hernandez                    15

1

2       Q       What was the purpose of going

3   there?

4       A       Astrid had to pick up something

5   from him.

6       Q       Do you know what she had to pick

7   up?

8       A       Something, clothing that his

9   girlfriend had got her or something.

10      Q       Where were you before you went to

11  John's house?

12      A       Home.

13      Q       Was Astrid with you at home?

14      A       No.

15      Q       Had you left the house for any

16  reason that day before you and Astrid left to

17  go to John?

18      A       I don't recall, I don't remember.

19      Q       Did you consume any alcohol

20  within twelve hours before the incident?

21      A       No.

22      Q       Did you take any drugs of any

23  kind within twelve hours before the incident?

24      A       No.

25      Q       Were you taking any medications

O. Hernandez                    16

1  at the time the incident happened?

2          A       No.

3          Q       Did you have a driver's license

4  on the date of this incident?

5          A       Yes.

6          Q       What state is it from?

7          A       New York.

8          Q       Were there any restrictions on

9  it?

10         A       No.

11         Q       Was it valid on the date of the

12 incident?

13         A       Yes.

14         Q       Was the vehicle registered?

15         A       Yes.

16         Q       In what state?

17         A       New York.

18         Q       Was the registration valid on the

19 date of the incident?

20         A       Yes.

21         Q       Was the car insured?

22         A       Yes.

23         Q       Who insured the vehicle?

24         A       My mother.

O. Hernandez                    17

Q      What company?

A      I don't know.

Q      The title to the car, whose name
is it in?

A      Mine, I believe.

Q      The registration to the vehicle,
whose name is on the registration?

A      I believe mine.

Q      Did you have the registration
documents with you at the time of the incident?

A      Yes.

Q      Where were they?

A      In my wallet, I believe.

Q      What about the insurance
documents, did you have those with you at the
time of the incident?

A      I think everything was in my
wallet.

Q      When was the last time before the
incident occurred that the vehicle had been
inspected?

A      Small details like this I can't
remember.

Q      Was the inspection valid at the

O. Hernandez                        18

1    time the incident happened or was it expired?

3         A     It was valid.

4         Q     Did you go into John's apartment

5    or house with your girlfriend?

6         A     No.

7         Q     Where did you wait?

8         A     Outside.

9         Q     Where outside?

10        A     On East Tremont by Morris Park,

11   outside of my car, I just waited outside.

12        Q     What were you wearing that night?

13        A     I don't remember.

14        Q     How tall are you?

15        A     6'1.

16        Q     How much did you weigh at that

17   time?

18        A     190.

19        Q     If I were to ask you to describe

20   your skin complexion, how would you describe

21   it?

22        A     The actual color?

23        Q     Well, if someone were to ask you

24   to describe your skin complexion --

25        A     It was the winter time, so I was

O. Hernandez                    19

1
2     a lot paler than this.
3            Q     Would you say you were white
4     skinned, light skinned?
5            A     White skinned.
6            Q     And you have a bald head; is that
7     correct?
8            A     Yes.
9            Q     Is that how you were wearing your
10    hair at that time?
11           A     Yes.
12           Q     Were you wearing a hat or cap
13    that night?
14           A     I may have had a winter cap on.
15           Q     Like a knitted cap?
16           A     Like a beanie kind of thing, I'm
17    not sure.
18           Q     You're wearing a full beard and
19    mustache today, did you have facial hair that
20    time?
21           A     I did have facial hair.
22           Q     What kind of facial hair were you
23    wearing that day?
24           A     Probably around the same.
25           Q     How long were you standing

O. Hernandez                    20

2   waiting for your girlfriend?

3        A     I don't recall.

4        Q     Was it a minute, was it an hour,

5   can you estimate?

6        A     I don't remember, I really don't

7   remember.

8        Q     Did you have anything in your

9   hands during the time that you were waiting?

10       A     Keys, I don't know.

11       Q     Did you have a cell phone with

12  you?

13       A     I guess in my pocket, maybe.

14       Q     Where specifically in relation to

15  the car were you standing and waiting?

16       A     I'm not sure.  I might have went

17  for a walk during that period.

18       Q     Do you recall where you went?

19       A     No.

20       Q     As you sit here today, do you

21  have an actual recollection of going for a

22  walk while you were waiting for Astrid?

23       A     No.

24       Q     Did you see anyone that you knew

25  during the time that you were waiting for

```
1                    O.  Hernandez                    21
2    Astrid?
3         A     No,  not  that  I  recall.
4         Q     Did  anyone  approach  you  during
5    the  time  you  were  waiting  for  Astrid?
6         A     No.
7         Q     Did  Astrid  return  before  the
8    incident  began?
9         A     Yes.
10        Q     How  long  before  the  incident
11   began  did  Astrid  return?
12        A     I  don't  recall.
13        Q     Was  it  a  second,  a  minute,  an
14   hour,  can  you  approximate  in  any  way?
15        A     Before  the  incident?
16        Q     Yes,  let's  get  the  chronology
17   correct.
18              You  drove  from  your  house  to
19   John;  is  that  correct?
20        A     Yes.
21        Q     You  stayed  down  and  she  went
22   upstairs;  is  that  correct?
23        A     Right.
24        Q     She  came  down  before  the  incident
25   began  or  after?
```

O. Hernandez                         22

1

2        A        Before.

3        Q        How long before the incident

4    began did she return?

5        A        Like ten minutes.

6        Q        Where did you spend those ten

7    minutes?

8        A        I'm sorry, if she came down, how

9    long before the incident occurred had she

10   been downstairs?

11       Q        Exactly.

12       A        Right, well, the incident -- oh,

13   I would say maybe two minutes.

14       Q        When she came downstairs, did you

15   see her come down?

16       A        She probably called me and she

17   said I'm outside or whatever, so I just met

18   up with her and we left.

19       Q        Where had you parked the car?

20       A        On East Tremont.

21       Q        How far from John's place had you

22   parked the car?

23       A        About a block.

24       Q        Do you remember the route you

25   took to drive from the place where you parked

```
 1                    O. Hernandez                   23
 2   the car to where you picked her up?
 3        A    I didn't, she met me at the car.
 4        Q    When she met you at the car, were
 5   you inside or outside the car?
 6        A    I don't recall.
 7        Q    What happened after she arrived
 8   at the car, what happened next?
 9        A    We got in and left.
10        Q    Where was your intended destination?
11        A    Home.
12        Q    Did she have anything in her
13   hands when she arrived at the car?
14        A    Just the stuff that she brought
15   down.
16        Q    What was it?
17        A    It was a bag.
18        Q    Did you pull away from the curb?
19        A    Yes.
20        Q    After you pulled away from the
21   curb, where did you go next?
22        A    I pulled out of my parking spot,
23   I went to make a U-turn, and this is where
24   the incident began.
25        Q    You were parked on East Tremont;
```

O. Hernandez                    24

1
2    is that correct?

3        A     Yes.

4        Q     East Tremont is a two-way street?

5        A     Yes.

6        Q     Is this a residential block,

7    commercial block or mixed?

8        A     Mixed.

9        Q     So, there is commercial usage on

10   that street?

11       A     Yes.

12       Q     Did you see any signs posed that

13   prohibited making a U-turn?

14       A     No.

15       Q     Are you aware of what the rules

16   are concerning making a U-turn?

17       A     Yes.

18       Q     What is your understanding of

19   what the rules are about making a U-turn on a

20   street like East Tremont?

21       A     So, I may not be fully aware for

22   the laws of making U-turns.

23       Q     Is there a double yellow line

24   that separates --

25       A     Yes.

O. Hernandez                          25

1

2       Q      Hold on.  -- the two directions

3  of travel?

4       A      Yes.

5       Q      What direction did you initially

6  pull away before making the U-turn?

7       A      Which direction?

8       Q      North, south, east, west, do you

9  know?

10      A      No.

11      Q      If you hadn't made the U-turn,

12  what was the next cross street you would have

13  reached?

14      A      Morris Park.

15      Q      How far did you go before you

16  made the turn?

17      A      Ten feet.

18      Q      Did you do anything with respect

19  to the operation of the vehicle before you

20  made the U-turn?

21      A      I don't understand.

22      Q      Did you put a signal on, what did

23  you do, if anything?

24      A      I think I signaled.

25      Q      As you sit here today, do you

O. Hernandez                                      26

1

2    have a recollection of signaling?

3         A     No.

4         Q     Did you put the headlights on?

5         A     Yes.

6         Q     Is it automatic or standard

7    transmission?

8         A     Standard.

9         Q     In the direction you were

10   initially traveling towards Morris Park, how

11   many lanes of traffic are there; is there one

12   lane on Tremont for cars to travel on heading

13   towards Morris Park or is there more than one

14   lane?

15        A     I think it's one lane up until

16   the intersection where it splits off.  I

17   think the cars that can turn go in one and

18   you can go straight.

19        Q     When you were parked waiting for

20   Astrid to come back, were you parked against

21   the curb or double parked?

22        A     Against the curb.

23        Q     Were you parked in a spot that

24   permitted parking or were there any

25   restrictions in that area?

O. Hernandez                           27

1

2        A        Permitted.

3        Q        Were you able to successfully

4   complete the U-turn?

5        A        Somewhat.

6        Q        What happened when you made the

7   U-turn?

8        A        I accelerated the car and the

9   back wheels spun out, so that's when the cop

10  car saw me.

11       Q        What gear were you in when you

12  accelerated?

13       A        First.

14       Q        Was the clutch engaged when you

15  attempted to accelerate or had you come off

16  the clutch?

17       A        It was engaged.

18       Q        So, your foot was down on the

19  clutch?

20       A        Engaged, meaning the clutch was

21  attached to the transmission, so power was

22  going to the wheels.

23       Q        What were the roadway conditions

24  like that evening?

25       A        Dry.

O. Hernandez                28

2   Q       Do you know what caused the rear

3   wheels to spin?

4   A       Aggressive driving.

5   Q       What was aggressive about the way

6   you were driving?

7   A       I stepped on the gas a little too

8   hard.

9   Q       Is there a reason why you stepped

10  aggressively on the gas?

11  A       No.

12  Q       Did you lose control of the

13  vehicle?

14  A       No.

15  Q       Where was the police car that you

16  observed after you spun the rear wheels?

17  A       Coming towards me after the --

18  like at the intersection.

19  Q       Which intersection?

20  A       Of Morris Park and East Tremont.

21  Q       Was the police car going towards

22  the direction you wanted to go after the

23  U-turn or was it going the way you were going

24  before the U-turn?

25  A       I made the U-turn and he was

O. Hernandez                          29

coming towards the direction I wanted to go.

     Q     So, he would have been behind you
or were you coming head-to-head?

     A     When I pulled out the parking
spot he must have been behind me, and when I
made the U-turn he was now in front of me.

     Q     Was it a marked or unmarked car?

     A     Marked.

     Q     When the wheels spun, did they
smoke?

     A     I don't think so.

     Q     Did they leave a skid mark?

     A     No.

     Q     So, what happened next after you
saw the police car?

     A     I kept driving, and I didn't know
at first that he was trying to pull me over.

     Q     How far did you drive before you
realized that you were being pulled over?

     A     Probably when I got towards the
intersection.

     Q     Which intersection?

     A     Of Morris Park and East Tremont.

     Q     I'm a little confused.  I thought

O. Hernandez                30

-- and I may have been, maybe you or maybe

me, but let's try to clear it up.

             I thought when you said when you

pulled out of the parking space, before you

made the U-turn, you were heading towards

Morris Park?

        A      No.

        Q      What was the name of the street

that you were heading towards before you

pulled the U-turn?

        A      All the way down, that would

probably be called Pelham Parkway.

        Q      So, when you got into the car,

Morris Park would have been behind you?

        A      Yes.

        Q      How far away from the

intersection of Morris Park had you parked

the car?

        A      I would say 200 feet, 300 feet.

        Q      How much of that distance did you

travel before you realized you were being

pulled over?

        A      Well, I parked the car 200, 300

feet away and then drove an extra maybe 200,

O. Hernandez                          31

1

2       300 feet and then made the U-turn, so I

3       started driving towards Morris Park now at

4       this point and that's when I saw the cop.

5             Q      I thought you said you went only

6       ten feet before you made the U-turn?

7             A      Oh, I drove a little bit and then

8       ten feet -- when you're in a car, I don't

9       know, it's hard to judge feet.

10            Q      You have difficulty judging

11      between ten and 200 feet?

12            A      No, but in the car it's kind of

13      irrelevant as to where he pulled me over or

14      tried to.

15            Q      That wasn't the question I was

16      asking.

17                   When I asked you before about how

18      far you traveled before you made the U-turn,

19      that is from the place you parked to the

20      place where you made the U-turn, you told me

21      you went ten feet?

22            A      Okay, so ten feet, yes.

23            Q      But now you said you went 200

24      feet before making the U-turn, coming back --

25            A      No, it wasn't that much.

O. Hernandez                          32

1

2       Q       How far from the intersection of

3   Morris Park were you when you realized you

4   were being pulled over?

5       A       I had probably just gotten to the

6   intersection.

7       Q       What made you realize you were

8   being pulled over?

9       A       I saw him turn on his lights.

10      Q       Did you actually see the lights

11  come on?

12      A       Yeah, in my rear view.

13      Q       When you passed him after you

14  made the U-turn, did he have lights on?

15      A       No.

16      Q       Did you keep him under

17  observation after you passed him until the

18  moment that you noticed the lights on?

19      A       No.

20      Q       Did you know he was behind you

21  before you saw the lights?

22      A       Well, yeah, I saw him after, but

23  I didn't see any lights turn on.

24      Q       What did you see, what did you

25  observe the police vehicle do after you

O. Hernandez                        33

2    passed him heading towards Morris Park?

3           A      He turned on his lights.

4           Q      But you testified previously that

5    after you made the U-turn you saw the police

6    officer and now you are heading in the

7    opposite direction; is that correct?

8           A      Right, and then he made the

9    U-turn to come behind me.

10          Q      You saw him make a U-turn?

11          A      Yeah.

12          Q      When you saw him make the U-turn

13   where were you, how far from the intersection

14   of Morris Park?

15          A      I was probably right before the

16   intersection.

17          Q      How much time passed from when

18   you saw him make the U-turn until you saw the

19   lights come on?

20          A      Probably right away.

21          Q      When you saw the lights came on,

22   you came to the conclusion that he wanted to

23   pull you over; is that correct?

24          A      Yes.

25          Q      What, if anything, did you do

O. Hernandez                                    34

1
2    after you came to the conclusion that he

3    wanted to pull you over?

4         A      Can you repeat the question?

5         Q      What, if anything, did you do

6    when you came to the realization or

7    conclusion that he was pulling you over?

8         A      What do I think I did that he

9    wanted to pull me over for?

10        Q      No.  What did you do with your

11   vehicle when you came to the realization that

12   he was pulling you over?

13        A      I tried to flee.

14        Q      Why did you try to flee?

15        A      Because I kind of freaked out.  I

16   was with my girlfriend, I didn't want to get

17   pulled over.

18        Q      Why didn't you want to get pulled

19   over?

20        A      Because I didn't want to deal

21   with the ticket.

22        Q      Did you have any tickets already,

23   any open tickets?

24        A      No.

25        Q      Did you have any open criminal

                              O. Hernandez                    35

2   cases or violations against you?

3        A     No.

4        Q     Did you have any outstanding

5   warrants?

6        A     No.

7        Q     What did you do to try to flee?

8        A     Sped away.

9        Q     What did you do to speed away?

10       A     Sorry?

11       Q     What did you do with the car, how

12   did you do it?  The last time you told me you

13   said you were in first gear when you made the

14   turn and the wheels spun.  Did you shift

15   between completing the U-turn and the point

16   when you noticed the police officer?

17       A     Well, after I made the U-turn I

18   probably threw it in neutral as I rolled

19   towards the intersection, and then when I saw

20   him turn his lights on, when I tried to get

21   away, I threw it in first again.

22       Q     Why did you place it in neutral

23   as you were coming up to the intersection?

24       A     Because there was no reason to go

25   into second, it was probably a red light.

O. Hernandez                          36

1

2       Q       So, you shifted out of gear into

3  neutral in preparation for stopping at the

4  light at Morris Park?

5       A       Yes.

6       Q       Did that light change before you

7  went through trying to flee?

8       A       I don't recall.

9       Q       How far did you flee?

10      A       To Lurting Avenue and Sackett.

11      Q       How far is that in terms of

12  blocks?

13      A       Probably four, five, six blocks.

14      Q       So, you are on Tremont, East

15  Tremont?

16      A       Yes.

17      Q       You realized you're being pulled

18  over, you run, you go through the

19  intersection of Morris Park; is that correct?

20      A       Right.

21      Q       After you get through the

22  intersection of Morris Park, do you continue

23  on Tremont?

24      A       No, I turned onto Morris Park.

25      Q       Which way do you turn?

1

2     A      Right onto Morris Park.

3     Q      Were you planning on turning

4  right on Morris Park even before you realized

5  you were being pulled over?

6     A      Right, that is the way to my

7  house.

8     Q      How many blocks did you travel

9  fleeing from the police on Morris Park?

10    A      Maybe four.

11    Q      What block did you travel to

12 while fleeing from the police on Morris Park?

13    A      I would say the block after

14 Lurting Avenue.

15    Q      Which is what?

16    A      I don't recall.

17    Q      When you reached the block after

18 Lurting and fleeing from the police, what did

19 you do next?

20    A      When I reached the block after

21 Lurting?

22    Q      Yes.

23    A      I went around that block.

24    Q      Which way did you go, did you

25 make a left or right?

O. Hernandez                    38

1  

2       A     I made a right, a right, and

3 another right, I believe, back onto Lurting.

4       Q     When you circled the block, were

5 you traveling in the correct direction for

6 traffic or were you against traffic?

7       A     The only time that I went against

8 traffic was on Morris Park.  There's a small

9 divider in the middle, and I went on the

10 other side of it for one block.

11       Q     Is this before or after you went

12 around that block?

13       A     This is before.

14       Q     So, while you were fleeing the

15 police you crossed over the double yellow

16 line and traveled for one block in the wrong

17 direction; is that correct?

18       A     Yes.

19       Q     Were there any vehicles coming

20 towards you in the wrong direction as you

21 were traveling on the opposite side of the

22 roadway fleeing the police?

23       A     No, it was very late.

24       Q     What speed were you traveling on

25 Morris Park as you were traveling on the

O. Hernandez                        39

1
<br>

O. Hernandez                        39

2      wrong side of the roadway?

3          A      I don't recall.

4          Q      Can you estimate the speed?

5          A      Maybe thirty.

6          Q      How much horse power does the

7      240ZX have?

8          A      155.

9          Q      What gear were you in as you were

10     traveling on Morris Park in the wrong way?

11         A      I cannot remember details like

12     that.

13         Q      Was your girlfriend saying

14     anything during this?

15         A      Not that I remember.

16         Q      Did she ask you to stop?

17         A      No.

18         Q      Did she encourage you not to

19     stop?

20         A      No.

21         Q      Were you saying anything?

22         A      I think I told her don't worry,

23     we're almost home.

24         Q      Where were you when you told her

25     don't worry, we're almost home?

O. Hernandez                              40

1

2       A       Probably when we got to the block

3    after Lurting.

4       Q       What was the purpose of telling

5    her we're almost home?

6       A       Oh, because the distance between

7    me and the police vehicle was decreasing.

8       Q       So, you thought you would outrun

9    him?

10      A       Yes.

11      Q       You thought you would be able to

12   get away and get home?

13      A       Yes.

14      Q       Did the officer follow you onto

15   the wrong side of the road when you jumped

16   over the double yellow line and went across

17   the median?

18      A       I don't recall.

19      Q       Did you actually have to drive

20   over the median divider to get to the other

21   side of the road?

22      A       I'm sorry, median divider?

23      Q       I thought you said there was --

24      A       There's a gate separating from

25   one side to the other, but before, like on

O. Hernandez                           41

1

2    East Tremont, you can -- so, if this is

3    Morris Park and this is East Tremont, this is

4    the gate.  You can either go this way, the

5    proper way, or around the gate.

6         Q       The gate, what is that, like a

7    divider?

8         A       It's just a gate, it's like a

9    black --

10        Q       Fence, is it a fence?

11        A       Fence.

12        Q       A gate is something you open and

13   close.

14        A       It could be a fixed gate, also.

15        Q       So, this gate runs --

16        A       It's a fence.

17        Q       This fence divides the two ways

18   of traffic --

19        A       Only for that block.

20        Q       So, you went around the beginning

21   of this fence?

22        A       Yes.

23        Q       You made a right off of Morris

24   Park.  Do you know the name of the street you

25   made the right off of?

O. Hernandez                                42

A       No, I don't.

Q       When you made a right off of
Morris Park onto that street to go around the
block, did you see the police officer?

A       When I made the right off of
Morris Park after I finished, I completed
that street, he -- yes, he was like towards
the -- I would say a quarter of the way up
the block.

Q       What distance separated you from
him on that street you made the right onto
when you were fleeing from him?

A       Like I said, while I was at the
end of the block he might have been a quarter
of the way up the block.

Q       When you were at the far end of
the block?

A       Yes.

Q       Was there a traffic control
device at the next intersection you came to?

A       The only -- meaning, stop sign or
light?

Q       Stop sign or light, was there a
stop sign or light at that intersection?

O. Hernandez                    43

1

2          A      At that intersection, no, but

3    back when I came around the block to Morris

4    Park there was a light.

5          Q      Did you stop at that light?

6          A      No, I think -- I believe it was

7    green at the time.

8          Q      When you made the first right off

9    of that street, you went one block?  I'm

10   talking about the move that you made to go

11   around the block.  You said you made a right

12   onto the street and you went right, a right,

13   and a right?

14         A      Right.

15         Q      Where did you end up back at?

16         A      Now I'm on Lurting.

17         Q      Is Lurting a one-way or two-way

18   street?

19         A      It's a one-way street.

20         Q      Were you going in the correct

21   direction?

22         A      Yes.

23         Q      When you got around to Lurting,

24   did you see where the police officer was?

25         A      I think when I got to the end of

O. Hernandez                    44

Lurting he was at the beginning of the
street.

    Q    One block away?

    A    A block away.

    Q    When you got to the end of
Lurting, was that before or after you told
your girlfriend don't worry, we're almost
home?

    A    I don't recall.

    Q    When you got to the end of
Lurting, what happened next?

    A    The rest of the trip was
straight.

    Q    On Lurting?

    A    Yes.

    Q    How many blocks did you continue
to drive on Lurting trying to evade the
police?

    A    Morris Park, Pierce, and then
Sackett, so three.

    Q    Did you see the police officer
again as you were traveling along Lurting
after the first time you just told me about?

    A    I don't know, I wasn't looking

O. Hernandez                          45

back too much.

    Q    What speed were you traveling?

    A    I don't know.

    Q    Was it more or less than thirty
miles per hour?

    A    At the time of the crash, it was
probably around twenty miles an hour.

    Q    So, you crashed your car?

    A    Yes.

    Q    What caused you to crash your
car?

    A    My brakes, I think, locked up.

    Q    Why did you apply the brakes?

    A    To slow down to make the turn.

    Q    Onto what street?

    A    Sackett.

    Q    Was the roadway dry?

    A    I'm not sure.  At that point, I
believe it was dry.

    Q    Were you turning right or left on
Sackett?

    A    It's a one-way, right.

    Q    Did you down shift or did you
just brake?

O. Hernandez                          46

1

2   A       Both.

3   Q       What gear were you in and what

4   gear did you shift down into?

5   A       I was probably at three, and I

6   downshifted to second.

7   Q       What's the maximum speed that you

8   feel you can travel in third gear on your

9   car?

10  A       I'm not sure.

11  Q       When you applied the brakes, what

12  happened to the vehicle?

13  A       After slowing down the wheels

14  locked up, I guess, in the front and it was

15  just sliding.

16  Q       In which direction?

17  A       Straight.

18  Q       How far did it slide?

19  A       I'm not sure, I don't know.  I

20  don't want to judge.

21  Q       Were you wearing a seat belt?

22  A       Yes.

23  Q       Was your girlfriend wearing a

24  seat belt?

25  A       Yes.

```
 1                          O. Hernandez                    47
 2         Q        Did your car come into contact
 3    with something?
 4         A        The barrier, like a concrete
 5    barrier.
 6         Q        Where was the concrete barrier?
 7         A        Right at the end of the block,
 8    because Sackett --
 9         Q        Is a T?
10         A        Yeah, it's a T.   On the other
11    side of the barrier is a railway, so there's
12    barriers there.
13         Q        What part of your vehicle came
14    into contact with the concrete barrier as you
15    were fleeing the police?
16         A        The front.
17         Q        How would you describe the impact
18    between the front of your vehicle and
19    concrete barrier; light, medium, heavy or
20    something else?
21         A        Medium to heavy.
22         Q        Did your body, as a result of the
23    contact with the concrete barrier, move in
24    any direction?
25         A        Yeah.
```

O. Hernandez                        48

Q        Which way did it move?

A        Forward.

Q        Did you strike anything on the
inside of the vehicle?

A        No.

Q        Were you bleeding following the
incident?

A        No.

Q        Did you feel any pain in any part
of your body after striking the concrete
barrier?

A        No.

Q        Was your girlfriend injured in
the accident?

A        No.

Q        Did she make any complaints to
you?

A        No.

Q        What did you do after you ran
into the concrete barrier?

A        I checked to see if my girlfriend
was okay.  After I saw that she was, I undid
my seat belt, I got out of the car, and at
that point I saw the cop car coming towards

```
 1                      O. Hernandez                    49
 2    my car.
 3           Q      Did it have lights and sirens on?
 4           A      Yeah.
 5           Q      Was it one police car or more
 6    than one that you saw coming?
 7           A      One police car.
 8           Q      Was it the same one you had been
 9    trying to avoid?
10           A      Yes.
11           Q      How long did this go on that you
12    were trying to evade this officer?
13           A      Just a brief few minutes.
14           Q      What does a few minutes mean to
15    you?
16           A      Maybe the whole thing, maybe a
17    minute-and-a-half, two minutes.
18           Q      So, in a minute-and-a-half to two
19    minutes you traveled down Tremont, up Morris
20    Park, around the block, across Lurting, and
21    you hit a barrier?
22           A      Yeah, around.
23           Q      Can you estimate the speed you
24    were traveling during that time?
25           A      No, I can't.
```

O. Hernandez                    50

1

2      Q      How far away from you was the

3 officer when you noticed him after getting

4 out the car after crashing it?

5      A      Probably like halfway down the

6 block.

7      Q      Half a block away?

8      A      When I got out of the car he was

9 about half a block away.

10     Q      What, if anything, did you do

11 when you saw the police officer?

12     A      I got down on my knees and put my

13 hands behind my head and just waited.

14     Q      Why did you do that?

15     A      Well, because I didn't want the

16 officer to think I had a weapon on me or any

17 other reason to use unnecessary force.

18     Q      Is this how you expected this to

19 end, that you would be pulled over, down on

20 your knees in the street?

21     A      Absolutely not.

22     Q      How would you expect it to end?

23     A      Pull into the driveway and turn

24 the car off and just go home.

25     Q      Did you think the police officer

```
1                    O. Hernandez                    51
2    would have recorded your license plate?
3           A     I wasn't concerned with that at
4    the time.
5           Q     You just didn't want a ticket?
6           A     Right.
7           Q     Where was your girlfriend when
8    you got out of the car and got down on your
9    knees and put your hands behind your head?
10          A     In the vehicle.
11          Q     Was she saying anything?
12          A     She probably asked me if I was
13   okay.
14          Q     After you got out of the car, was
15   she saying anything?
16          A     Yeah, I think I heard her say if
17   I was okay.
18          Q     What happened next after you got
19   down on your knees?
20          A     Well, I was facing away from the
21   officers, but I turned around and one of
22   them -- I saw one of them coming towards me.
23          Q     Did you hear the car stop, the
24   police car stop?
25          A     Yeah.
```

O. Hernandez                        52

Q       So, when you got down on your
knees, you placed your back towards the
officers?

A       Right.

Q       Is there a particular reason you
did that, you placed your back towards the
officer rather than facing the direction they
were coming from?

A       I wanted them to have a clear
view of my hands, so I thought it would be
easier for them.  I just wanted to make their
job a little simpler, to show them I was
complying.

Q       Finally complying?

A       At that point, yes.

Q       Had they said anything to you
over the radio or over the loud speaker?

A       No.

Q       Did you consider that when you
took that position with your back towards the
police that it could be perceived as you were
attempting to prevent them from seeing what
was in front of you?

A       No, that wasn't the case.

O. Hernandez                          53

1

2      Q     I know you're telling me that

3  wasn't what was in your mind, but would you

4  think it would have been better to face them

5  when you were finally surrendering rather

6  than put your back to them so they could have

7  a clear view of your face, your expression,

8  what you were doing as you were finally

9  surrendering after this chase?

10     A     I believe they had a clear view.

11     Q     Of the back of you?

12     A     My hands, probably the most

13  important part.

14     Q     But they would have had no idea

15  what was on the ground in front of you or

16  what might have been in your waistband or

17  anything like that with your back to them?

18     A     You can make the same argument as

19  if my front was towards them, you know.

20     Q     So, you got down on your knees,

21  your back was facing the police officers, why

22  did you turn around?

23     A     No, I just wanted to see where

24  they were with respect to my location.

25     Q     Had they said anything to you

O. Hernandez                                    54

before you turned around?

         A      No.

         Q      Did you get up to turn around or

did you just turn your head?

         A      I just turned my head.

         Q      Which way did you turn, left or

right?

         A      I don't recall.

         Q      What did you see when you turned?

         A      I saw the officers coming towards

me.

         Q      How many officers?

         A      Two.

         Q      What are their names?

         A      I don't know.

         Q      Were they men, women, one of

each?

         A      Men.

         Q      Can you describe them for me?

         A      Both of them heavyset.  Not fat,

but built.  One was white and one was black.

         Q      Do you know who got out of the

driver's side of the vehicle?

         A      No, I don't remember.

O. Hernandez                          55

1

2    Q      What happened next when you

3  turned around and saw them coming?

4    A      I just turned back.

5    Q      And then what happened?

6    A      The first person that came onto

7  me was the white officer.

8    Q      Did either of them say anything

9  to you before they got up to you?

10   A      I'm sorry, before?

11   Q      Before they came over to you,

12 before they reached you, did any of them say

13 anything?

14   A      No.

15   Q      When you turned around to look,

16 were they walking, running or something else

17 towards you?

18   A      I don't recall.

19   Q      Did they have anything in their

20 hands?

21   A      No, I don't recall.

22   Q      You said that the white officer

23 got to you first?

24   A      Yes.

25   Q      What happened after the white

1                      O. Hernandez                    56

2    officer reached you?

3         A      He slammed me down to the floor.

4         Q      How did he do that?

5         A      From what I could feel, he put

6    one knee -- one of his knees on my back, and

7    with his hands he pushed my face into the

8    ground.

9         Q      Did you say anything to the

10   officers before you were put down on the

11   ground?

12        A      No.

13        Q      Where was your girlfriend when

14   this happened?

15        A      In the vehicle.

16        Q      How far away from the vehicle

17   were you?

18        A      Right like next to my driver's

19   side door.

20        Q      Did you say or do anything when

21   the officer put you own on the ground?

22        A      No.

23        Q      What happened next after the

24   officer pushed you down onto the ground?

25        A      After he slammed my face into the

```
1                    O. Hernandez                57
2    ground, he put my hands behind my head,
3    behind my back.
4         Q    How did he do that?
5         A    He grabbed one of them first and
6    yanked it to the back, and then he grabbed
7    the other one and yanked it to the back,
8    because while he slammed my face down my
9    hands were behind my head, so I really
10   couldn't break my fall.  So, I just slammed
11   into the ground.
12        Q    Was there anything keeping your
13   hands behind your head when he put your face
14   down; in other words, was anyone holding your
15   hands?
16        A    Yes, the officer that took me
17   down, because he kind of put his hands, like,
18   kind of right behind me.
19        Q    So, the white officer grabbed
20   your hands and placed you in cuffs?
21        A    Yes, but either -- I don't recall
22   when, but I know after my hands were behind
23   my back the other officer got on top of me as
24   well and he punched me about seven to ten
25   times really fast.  I couldn't remember how
```

O. Hernandez                          58

many times.

      Q    Where did the punches land?

      A    On my right side, on my ribs.

      Q    What did he punch you with?

      A    I think his hands.

      Q    Did he say anything before he did
it?

      A    He was just cursing.  I don't
remember exactly what he was saying, but he
was just talking crap.

      Q    What was he saying?

      A    I remember him saying -- after he
punched me, I remember him getting up and the
cuffs were on me at this point, and he got up
and he kicked me in the face, then like with
his foot pushed my face into the ground and
said stupid mother fucker.

      Q    Before you were handcuffed, when
you were on the ground and this officer
punched you, did either of them say anything
to you?

      A    I don't recall, it happened fast.

      Q    Did you say anything?

      A    No, I didn't say anything the

```
1                      O. Hernandez                    59

2     entire time.

3            Q      Where was the white officer when

4     the black officer was punching you?

5            A      I think he was -- the white

6     officer was getting off of me and he, the

7     other one, got on top of me.

8            Q      Did they say anything to each

9     other?

10           A      No, I don't recall.

11           Q      After you were punched seven or

12    ten times in the right rib, what happened

13    next?

14           A      The officer got up and walked

15    around and stomped on my face.

16           Q      What did he do to stomp on your

17    face?

18           A      I'm sorry?

19           Q      What did he do, what did he stomp

20    on your face with?

21           A      His boot.

22           Q      Where on your face did he stomp

23    on you?

24           A      Like, he walked up to me, kicked

25    me, lifted his foot up and then stomped --
```

O. Hernandez                    60

like, pushed my face down into the ground.

    Q    That's when he called you a stupid mother fucker?

    A    Yes.

    Q    Where was the white officer when the black officer did this?

    A    I couldn't see him.

    Q    When were you put in handcuffs?

    A    When?

    Q    Yes.

    A    While I was facedown on the ground.

    Q    Before or after you got punched in the ribs?

    A    I don't recall.  It was while my hands were behind my back, that's as much as I do recall.

    Q    Did you say or do anything when the officer kicked you in the face and held your face down with his foot and called you a stupid mother fucker?

    A    Did he what?

    Q    Did you say or do anything --

    A    No, I didn't.

1                         O. Hernandez                61

2          Q      Did the officers say anything to

3     each other?

4          A      I don't recall that.

5          Q      Did the white officer say

6     anything to you?

7          A      No, he didn't say anything to me.

8          Q      What happened next?

9          A      They picked me off the ground or

10    whatever and the black officer -- I had my

11    college ID on my neck --

12         Q      Why did you have a college ID on

13    your neck?

14         A      I had school that day, I believe.

15         Q      Had you been wearing it the whole

16    time?

17         A      Not all day.

18         Q      What happened next after the

19    police officer picked you up off the ground?

20         A      The black officer yanked the

21    college ID off of my neck.

22         Q      Did he say why he was doing that?

23         A      No.

24         Q      What happened next?

25         A      After the ID broke, that's it.

O. Hernandez                    62

1  They put me in the police car, I believe, and

2  then that was it.

3  Q      Where were you taken?

4  A      To the precinct.

5  Q      Which precinct?

6  A      I think the one on -- I'm not

7  sure.  I think it's either 48th or 49th.

8  Q      Where was your girlfriend after

9  the police approached you?

10  A      She was sitting in the driver's

11  seat the whole time -- I mean the passenger.

12  Q      Did she record any of this?

13  A      No, but she had a clear view of

14  what happened.

15  Q      Were there any witnesses to the

16  incident, other than the participants and

17  your girlfriend?

18  A      No, it was late.

19  Q      Did your girlfriend ever tell you

20  from that moment until today what she did

21  after the police took you away?

22  A      No, they told her -- they asked

23  her if she needed, like, to go to the

24  hospital, I think.  I don't remember.  I do

```
1                    O. Hernandez                63

2    remember she came to the precinct, though.

3        Q      Did you hear the police ask her

4    if she needed medical assistance or is this

5    something she told you happened?

6        A      I think she told me, but I don't

7    remember exactly what she said.

8        Q      Did she require medical

9    assistance?

10       A      No.

11       Q      Was she injured in the accident

12   at all?

13       A      No.

14       Q      Did the officers say anything to

15   you on the ride to the precinct?

16       A      No, I can't remember.

17       Q      Did you say anything to the

18   officers on the ride to the precinct?

19       A      They just asked -- the officers

20   that took me to the precinct were not there

21   same officers that made the arrest and the

22   assault.

23       Q      Who took you to the precinct?

24       A      I don't remember their names, it

25   was a Spanish cop.
```

O. Hernandez                          64

    Q      When did they arrive at the
scene?

    A      Maybe five minutes in.

    Q      Where were you when the other
officers arrived, standing on the ground?

    A      I was probably standing at that
point.

    Q      Was this before or after you
claim the officers hit you in the ribs and
slammed your face into the ground?

    A      This was after, they arrived
after.

    Q      Did you hear the police that
arrived say anything to the police that
pulled you over?

    A      No.

    Q      Did you hear the police that
pulled you over say anything to the new
police that arrived?

    A      No.

    Q      What, if anything, did the police
who transported you to the precinct say
either to you or to each other or over the
radio on the ride to the precinct?

```
 1                    O. Hernandez                   65
 2        A      Nothing, just the same thing.
 3   They asked why, and I just told them that I
 4   didn't want to get a ticket, and that was the
 5   end of the conversation.
 6        Q      What do you mean they asked why?
 7        A      They asked why did I run, why did
 8   I try to run.
 9        Q      What did you tell them?
10        A      I just wanted to avoid getting a
11   ticket.
12        Q      Did they say anything else on the
13   ride to the precinct?
14        A      No.
15        Q      How long were you at the
16   precinct?
17        A      Until the morning.
18        Q      It was already about 2:30 in the
19   morning when this occurred --
20        A      Until may 6:00 something a.m.
21        Q      At 6:00 a.m. where did you go?
22        A      Central.
23        Q      Central Booking?
24        A      Yes.
25        Q      During those hours you were at
```

the precinct, where were you held?
A In the cell there.
Q Were you fingerprinted?
A Yes.
Q Were you photographed at the precinct?
A I believe so.
Q Did you make any complaints or ask for anything while you were at the precinct?
A No.
Q Were you bleeding anywhere?
A Yes.
Q Where?
A On my face.
Q Where on your face?
A I had a few gashes and cuts on my face.
Q Where were they located?
A I have the photos.
Q Can you recall?
A Forehead, on my eyebrow.
Q Which eyebrow?
A I believe the left. I have to

O. Hernandez                          67

1   look at the photos.

2          Q     Do you have the photos?

3                MR. COHEN:  I have a copy

4          for you.

5                MS. SABBATINO:  Mark these,

6          please.

7                (Photographs were marked as

8          Respondent's Exhibits A through M

9          for identification, as of this

10         date.)

11         Q     Mr. Hernandez, your attorney has

12  provided us thirteen black and white copies

13  of photographs.  We marked them as Exhibits A

14  through M.

15               Were all these photographs taken

16  at the same time?

17         A     Yes.

18         Q     When were these pictures taken?

19         A     The next day.

20         Q     When the next day?

21         A     I spent -- so, when I arrived to

22  Central Booking I spent the entire day there,

23  and I probably came home around 9:00 p.m.

24  that night.

O. Hernandez                    68

1

2     Q      So, that would be 9:00 p.m. --

3     A      I'm not exactly sure on the time,

4  I just know it was nighttime.

5     Q      That would have been the 1st of

6  December?

7     A      I guess if there's no November

8  31st.

9     Q      There isn't.  Evening, nighttime

10  on the 1st you arrived home; is that correct?

11     A      Yes.

12     Q      So, when were the pictures taken

13  in relation to you arriving home?

14     A      Maybe an hour after.

15     Q      Who took the pictures?

16     A      I took most of them, and I think

17  my mother took some of them, I'm not sure

18  which ones.

19     Q      What did you take them with?

20     A      I think either it could have been

21  -- I think it was just a point and shoot

22  Canon.

23     Q      Did you take any other

24  photographs to depict any bodily injuries

25  that you claim were as a result of your

1
2      encounter with the police, other than the
3      thirteen that are here today?
4           A     No, just my chipped tooth, but I
5      didn't take a photo of it because it would
6      always be there.
7           Q     Which tooth got chipped?
8           A     (Indicating).
9           Q     You can't point, you have to
10     describe it in words.
11          A     The left corner of my front right
12     upper.
13          Q     So, other than the chipped tooth
14     and the injuries that are depicted in these
15     photographs, were there any other visible
16     injuries on your body?
17          A     My mother said that my side was
18     swollen, and that's about it.
19          Q     Which side?
20          A     The side that I got punched on.
21          Q     Which side is that?
22          A     My right side.
23          Q     Did you observe that?
24          A     No, I was just in pain on the
25     right side for maybe two months after that

O. Hernandez                    70

1    happened.   I did go to the doctor.

2            Q      We'll get to that in minute.

3            Before these photographs were

4    taken, had you received any medical

5    treatment?

6            A      No.

7            Q      Including first aid or anything

8    like that?

9            A      At Central Booking the medic

10   there changed some bandages on my forehead.

11           Q      Who put the bandages there to

12   begin with?

13           A      I think the ambulance that came

14   while I was in the cop car.   They came and I

15   came out and they asked whatever and they

16   just bandaged whatever.

17           Q      So, how long did you remain at

18   the scene in the police car before you were

19   driven to the precinct?

20           A      Ten, fifteen minutes.

21           Q      Who called for the ambulance?

22           A      I don't know.

23           Q      Did you make any complaints to

24   the ambulance attendants?

```
1                     O. Hernandez              71

2         A      No.

3         Q      Did they take your name?

4         A      I don't recall.

5         Q      What did the ambulance do for you

6    at the scene?

7         A      I'm trying to recall if the

8    bandages actually got put at the scene there

9    or at the medical office thing.

10        Q      What medical office thing?

11        A      At the Central Booking.

12        Q      Because you had said that they

13   changed bandages at Central Booking.

14        A      It was a long time ago, so I

15   can't exactly recall if the bandages were

16   there already or whether they were open

17   wounds at the time.  Now that I think about

18   it, I believe the bandages were initially put

19   on at Central Booking.

20        Q      You're still wearing the bandages

21   when you were released from Central Booking?

22        A      Yes, I took them off at home.

23        Q      Did you replace them with

24   anything?

25        A      I probably -- I don't remember.
```

O. Hernandez                    72

1

2          Q      Did any officer say anything to

3   you while you were at the precinct until 6:00

4   a.m.?

5          A      No.

6          Q      Did you hear them talking about

7   you?

8          A      No.

9          Q      You said your girlfriend came to

10  the precinct, how do you know that?

11         A      The officer did tell me that she

12  was here, and I think I told her to go home

13  or something, that there was anything she

14  could do, so for her to just go home.

15         Q      Did she tell you anything she did

16  while she was at the precinct?

17         A      No, not that I recall.

18         Q      What were you charged with?

19         A      Initially, reckless endangerment

20  -- no, reckless driving.

21         Q      What was the resolution of those

22  charges?

23         A      Reckless driving.

24         Q      What do you mean?  How did the

25  charges resolve, are they still open, have

```
1                     O. Hernandez                73

2    they been concluded?

3         A     Are you asking what I was -- I'm

4    not sure.

5                     MR. COHEN:  Are you asking

6                what he pled guilty to?

7         Q     Did you plead guilty to

8    something?

9         A     Did I?  I don't know.  I don't

10   remember the exact terms for it.

11        Q     The question I asked you was what

12   were you charged with.  You were charged with

13   reckless driving, that you recall, correct?

14   Just listen to my question.  You were charged

15   with reckless driving, correct?

16        A     Yes.

17        Q     Those charges have been taken

18   care of, they are no longer open, correct?

19        A     Right.

20        Q     How did those charges get taken

21   care of?

22        A     I had to go to court.

23        Q     What was the resolution; were the

24   charges dismissed, did you plead guilty to

25   something, did you go to trial, what
```

O. Hernandez                    74

happened?

A      Reckless -- I got a reckless

driving summons and a $200 fine.

Q      Is that something that occurred

after a judge heard evidence or is that

something that you agreed to accept to

resolve the charges?

A      I agreed to accept.

Q      When were the charges resolved?

A      I don't remember the court date.

       MR. COHEN:  If you want the

       information --

       MS. SABBATINO:  You got it?

       MR. COHEN:  February 6,

       2013.  I can also tell you, just

       to make it clear, when he got to

       the charges that were filed, it

       included other charges and he

       pleaded guilty to reckless

       driving.

Q      Did you have an attorney who

represented you through the criminal case?

A      Starting when, beginning when?

Q      Starting from when you first were

O. Hernandez                           75

 1  brought to court?
 2       A    I believe the initial lawyer that
 3  night at Central Booking was something
 4  Gardener.
 5       Q    Was that person assigned to you
 6  or did you hire that person to represent you?
 7       A    I hired him.
 8       Q    Did you pay him?
 9       A    Yes.
10       Q    How much did you have to pay your
11  criminal defense attorney?
12       A    I don't recall, my mother paid
13  for it.
14       Q    Does she expect you to pay her
15  back?
16            MR. COHEN:  We're not asking
17            for money for that.
18            MS. SABBATINO:  It's unclear
19            whether that's part of it or not.
20            MR. COHEN:  No, we're not
21            contesting the arrest.  It's
22            excessive force, that's the only
23            thing we're alleging.
24       Q    While you were in Central

O. Hernandez                    76

1

2     Booking, did any police officers physically

3     do anything to you?

4          A      Physically do anything to me?

5     Just at that one point when I went to the

6     medic.

7          Q      When they dealt with your wounds?

8          A      Yes.

9          Q      Did any officers say anything to

10    you about the events of that evening?

11         A      No.

12         Q      Did you ask for anything while

13    you were in Central Booking?

14         A      No.

15         Q      Did anything happen to you while

16    you were there, any problems with any of the

17    other men who you were being held with?

18         A      No.

19         Q      After you returned home, at any

20    time, did you receive any medical treatment?

21         A      No.  Actually, the night, yes.

22    The night I went home, later on that night, I

23    went to the emergency room.

24         Q      When did you go to the emergency

25    room?

```
1                      O. Hernandez                    77
2           A       That same night, I believe.
3           Q       How long after being home did you
4    go to the ER?
5           A       Maybe two hours.
6           Q       What emergency room did you go
7    to?
8           A       Einstein Hospital.
9           Q       How did you get there?
10          A       I took a cab.
11          Q       Did you go alone?
12          A       Yes.
13          Q       What complaints did you make to
14   the physicians or staff at Einstein when you
15   arrived that night?
16          A       That I had a lot of pain in my
17   side and my ribs.
18          Q       Did you complain about anything
19   else, other than the pain in the right ribs?
20          A       I had pain my forehead.
21          Q       Did you complain about anything
22   else?
23          A       The cuts, the gashes, and
24   especially the lump on my forehead was
25   hurting.
```

O. Hernandez                    78

1

2       Q       Did they ask you how you received

3  those injuries?

4       A       I don't recall if they asked me.

5       Q       Did you tell them?

6       A       I don't remember having a

7  conversation about that with them.  Yes,

8  okay, I told them it was the police officers

9  that did do that to me and that was it.

10      Q       Did they take any X-rays?

11      A       Yes.

12      Q       What part of your body did they

13  X-ray?

14      A       They did a CT scan on my head and

15  X-ray on my side.

16      Q       What were the results of the CT

17  scan for your head?

18      A       If I remember the exact term,

19  severe mucosal thickening, that's what was on --

20      Q       Where was the mucosal thickening

21  located?

22      A       It was in my sinus.

23      Q       Had you had sinus problems

24  before?

25      A       No, not that I know.

```
1                    O. Hernandez                    79
2        Q      Did you have a primary care
3   doctor before this incident happened?
4        A      No.
5        Q      Had you ever had any ear, nose or
6   throat problems before?
7        A      When I was a child.
8        Q      What kind of ear, nose and throat
9   problems did you have as a child?
10       A      I had tubes in my ear.
11       Q      Did the doctors at the hospital
12  give you an opinion or tell you what they
13  thought caused the severe mucosal thickening?
14       A      Not that I recall.
15       Q      Did they prescribe treatment for
16  the severe mucosal thickening?
17       A      No.
18       Q      Did they discuss with you the
19  results of the X-rays to your ribs?
20       A      No, I think it was just bruising.
21       Q      Did they prescribe any treatment
22  for the bruising to your ribs?
23       A      No.
24       Q      Did they give you instructions to
25  return to the hospital at any time?
```

                         O. Hernandez                    80

1

2        A        No, I think they just gave me a

3   prescription for painkillers.

4        Q        Did you have it filled?

5        A        I can't remember.

6        Q        Did you take any medication for

7   pain at any time after this incident?

8        A        I took a few painkillers.

9        Q        Just a few in total?

10       A        One or two.

11       Q        In total?

12       A        That night.

13       Q        I'm talking about from then to

14   now.

15       A        I don't remember.

16       Q        Did you return to Einstein

17   Hospital for follow-up treatment at any time?

18       A        No.

19       Q        Have you received any medical

20   treatment anywhere else, other than at

21   Einstein Hospital?

22       A        No.

23       Q        So we're clear, the only medical

24   treatment you've received since the incident

25   occurred is going to the ER the night it

```
 1                    O. Hernandez              81
 2   happened?
 3        A      Right.
 4        Q      Were you confined to your bed for
 5   any period of time after the incident?
 6        A      No, but I had limited mobility
 7   compared to normal.
 8        Q      What limitations on your mobility
 9   did you have?
10        A      It was hard to extend my arm up
11   because of the pain I had in my side.
12        Q      Which arm?
13        A      My right arm.
14        Q      How long did that last for?
15        A      It didn't fully go away until, I
16   would say, a month-and-a-half to two months I
17   had the pain on my side.
18        Q      What other, if any, limitations
19   in mobility did you experience following this
20   incident?
21        A      That's it.
22        Q      Were you confined to your home
23   for any period of time after the accident?
24        A      No.
25        Q      Were you in school at the time
```

O. Hernandez                    82

1

2    the accident happened, had you enrolled in

3    the fall semester of last year?

4         A    Yes.

5         Q    Was school over with already by

6    the time the incident happened?

7         A    No, I remember being in school

8    with my facial marks.

9         Q    Did you miss any time from

10   school?

11        A    Maybe just a day or two.

12        Q    How many classes were you taking

13   in the fall semester of last year?

14        A    I believe three to four.

15        Q    Have you seen any of the officers

16   who were involved in this incident since that

17   time?

18        A    No.

19        Q    Did you contact the Internal

20   Affairs division of the police department

21   regarding this incident?

22        A    No.

23        Q    Did you contact the Civilian

24   Complaint Review Board?

25        A    No.

O. Hernandez                          83

1

2      Q      Did you place any information

3   about this incident online through social

4   media?

5      A      No.

6      Q      Did anyone that you know of place

7   any information online through social media

8   about this incident?

9      A      No.

10     Q      How long did the abrasions and

11  lacerations take to heal?

12     A      I don't recall, a while.

13     Q      What does a while mean to you?

14     A      A month, maybe more for the

15  bigger ones.

16     Q      Do you have any residual scarring

17  anywhere?

18     A      I had a scar.  I'm not sure if

19  it's still there, but I had a small scar on

20  my eyebrow where one of the cuts were.

21     Q      Did you require any stitches?

22     A      No.

23     Q      Did anyone suggest you needed

24  stitches?

25     A      My mother, but I don't think so.

O. Hernandez                                84

1

2      Q      Any medical personnel?

3      A      No.

4      Q      When was the last time you

5  noticed whether or not the scar in your

6  eyebrow is still present?

7      A      I haven't looked, but I'm not

8  sure.

9      Q      Other than the scar on your

10 eyebrow, do you have any other marks on your

11 body which --

12     A      The chipped tooth.

13     Q      Have you been to the dentist?

14     A      I have, but not for that reason.

15     Q      Did you ask the dentist if

16 there's anything that needed to be done

17 because of the chipped tooth?

18     A      No.

19     Q      Have you ever brought a case or

20 claim against the City of New York, other

21 than this one?

22     A      No.

23     Q      Have you ever brought a case or

24 claim against the State of New York?

25     A      No.

```
 1                    O. Hernandez                    85

 2        Q      Did you incur any expenses as a

 3   result of the incident?

 4                    MR. COHEN:  As a result of

 5                the police misconduct or the case

 6                itself?

 7        Q      Did you incur any expenses as a

 8   result of your contact with the police that

 9   night, your arrest?

10        A      Can you elaborate a little more,

11   can you give me an example?

12        Q      Medical expenses, pharmacy

13   expenses, transportation expenses or anything

14   like that?

15        A      No, I don't believe so.

16        Q      Did you have full coverage on

17   your car?

18        A      No, liability.

19        Q      Were any photographs taken to

20   show the car in the position it ended up

21   after you crashed it into the concrete

22   barrier?

23        A      No.

24        Q      Do you know how your girlfriend

25   left the scene?
```

O. Hernandez                          86

A     No, I don't remember.

Q     Did anyone that you knew come to
the scene?

A     No.

MS. SABBATINO:  The City
would request that Mr. Hernandez
execute for us today an
authorization to obtain the
medical records from Albert
Einstein College of Medicine, as
well as an authorization to
obtain records from the Criminal
Justice Authority with respect to
the prosecution of this case.

MR. COHEN:  You have the
forms?

(Continued on next page to
accommodate jurat.)

```
1                    O. Hernandez                    87

2                    MS. SABBATINO:  We do have

3          the forms.

4                    MR. COHEN:  Okay.

5                    MS. SABBATINO:  Thank you.

6          No further questions.

7                         -oOo-

8                    (Whereupon, the examination

9          of Omar Hernandez was concluded

10         at 3:05 p.m.)

11

12                    _____
                              OMAR HERNANDEZ
13

14

15

16

17

18

19

20

21         Subscribed and sworn to
           before me this _____ day
22         of _____, 2013.

23
           _____
24         NOTARY PUBLIC

25
```

# C E R T I F I C A T E

I, Koel Dressman, a shorthand reporter and Notary Public within and for the State of New York, do hereby certify:

That the witness(es) whose testimony is hereinbefore set forth was duly sworn by me, and the foregoing transcript is a true record of the testimony given by such witness(es).

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

**KOEL DRESSMAN**