

RECEIVED NOV 17 2014 CHAMBERS OF JUDGE ROBERT P. PATTERSON

Patterson, P.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

OMAR HERNANDEZ,

                                      Plaintiff,

-against-

CITY OF NEW YORK, OFF. MICHAEL DETERLIZZI,
(Shield No. 01389), OFF. JOHN AND JANE DOES, POLICE
OFFICERS FOR THE CITY OF NEW YORK,
INDIVIDUALLY AND AS POLICE OFFICERS FOR THE
CITY OF NEW YORK,

                                      Defendants.
-------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

14 Civ. 0666 (RPP)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.        The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
　　　　11/14　　, 2014

IRVING COHEN
*Attorney for Plaintiff*
233 Broadway, Suite 2701
New York, New York 10279
(212) 964-2544

By: _____
Irving Cohen
*Attorney for Plaintiff*

Dated: New York, New York
　　　　11/18　　, 2014

ZACHARY W. CARTER
Corporation Counsel of the
　City of New York
*Attorney for Defendants City of New York
and Officer Deterlizzi*
100 Church Street, Rm. 3-203A
New York, New York 10007
(212) 356-2375

By: _____
Noreen M. Stackhouse
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. ROBERT P. PATTERSON JR.
UNITED STATES DISTRICT JUDGE

2